# UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF WISCONSIN**  2005 OCT 11 AM 9: 07

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

ALBERTO VALLEJO,
dob: ▇▇▇87

CASE NUMBER: 05-CR-240

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Alberto Vallejo and bring him forthwith to the nearest magistrate to answer an indictment charging him with RICO Act and Racketeering Conspiracy, in violation of Title 18, United States Code, § 1962(d) and 846.

| | |
|---|---|
| Sofron B. Nedilsky | Clerk, United States District Court |
| Name of Judicial Officer | Title of Issuing Officer |

October, 7, 2005, at Milwaukee, WI
Date and Location

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Milwaukee

| DATE RECEIVED: 10-11-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10-12-05 | Douglas E. Vorrini  SA | |

AO 442 (Rev. 5/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____
ALIAS: _____
LAST KNOWN RESIDENCE: _____
_____

LAST KNOWN EMPLOYMENT: _____
_____

PLACE OF BIRTH: _____
DATE OF BIRTH: _____
SOCIAL SECURITY NUMBER:
_____

HEIGHT: _____ WEIGHT: _____
SEX: _____ RACE: _____
HAIR: _____ EYES: _____
SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____
_____

FBI NUMBER:
_____

COMPLETE DESCRIPTION OF
AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS: **United States Attorney's Office, 517 E. Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202.**