# United States District Court
EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Aaron E. Goodstein**, presiding.  
DATE: **October 17, 2005**  
CASE NO. **05-CR-240**  
UNITED STATES v. **Alberto Vallejo and Kadam Rajaphoumi**  
PROCEEDING: **Detention Hearing**

Deputy Clerk: Karen  
Court Reporter:  
Time Called: 4:24:55  
Time Concluded: 4:38:43

UNITED STATES by: **Mario Gonzales/David Robles**  
Probation Officer: Jim Fetherston  
Interpreter:

DEFENDANT: **Alberto Vallejo and Kadam Rajaphoumi**, in person, and by  
ATTORNEY: **E.J. Hunt (Appointed) and Christopher Bailey (Appointed)**

---

Crt. gives background of case.

Vallejo — Gov't seeking detention. Juvenile record. Nature of charges. Deft on supervision at time of alleged allegations.

Deft states history mostly as juvenile. No substantial prior record. Strong family ties — mother + brother here. Deft neg sig'd bond. Brother + aunt may have prop to post.

Crt. statements before ruling. Deft faces substantial penalties. A substantial property bond w/ be required. Crt. w/ enter an order of detention but is willing to review if more information becomes available.

~~Rap ffauui~~ Govt. seeking release on cash
bond. Only 1 addl cnt. transfer of firearm.
Outstanding warrant for failure to appear.

Dft. proffers for release on $R.O.R. cash bond
Dft. not a convicted felon. Can live w/ ~~girlfriend~~ mother
at 1443 W. Highland.

Crt. statements before ruling. Crt. w/ enter
order of detention. Dft. has criminal contacts.
Facing substantial penalties. $ or not
sufficient for release. Crt. willing to review
matter if more information becomes available.