


February 3, 2010

Honorable Rudolph T. Randa
United States District Court
United States District Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

**Edward John Hunt**
ATTORNEY AT LAW

Re: *United States of America v. Alberto Vallejo*
Case No. 05-CR-240

Copy hand-delivered to chambers

Dear Judge Randa:

      Please find enclosed for the Court's consideration at the sentencing hearing in the above matter scheduled for tomorrow a letter from the Waukesha County Technical College detailing Alberto Vallejo's accomplishments while incarcerated on this case. I am also filing a packet of certificates reflecting the successful completion of many programs which Alberto Vallejo has completed at the Waukesha County Jail. I ask that you consider these documents in reaching a decision at the sentencing hearing.

      I do not have the capability to scan the documents in my office. Therefore, I am hand delivering this letter as well as all of the documents to the Clerk's Office with a copy to your chambers.

      I am also serving a copy of this letter and the documents on Assistant United States Attorney Mario Gonzales by hand delivery today as well.

Sincerely,

**THE HUNT LAW GROUP, S.C.**

Edward John Hunt
Attorney at Law
EJH/anw

cc w/ enclosures:

    Assistant United States Attorney Mario Gonzales

MILWAUKEE
829 NORTH MARSHALL STREET
MILWAUKEE, WISCONSIN 53202-3910
PHONE : 414-225-0111
TOLL-FREE : 1-888-546-0111
FAX : 414-225-9492
E-MAIL : HUNTLAW@EXECPC.COM

MADISON
354 WEST MAIN STREET
MADISON, WISCONSIN 53703
PHONE : 608-286-0655

*An association of men and women devoted to the presumption of innocence and due process of law*